**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ruth Zak Leib

            Plaintiff,

v.                 Case No.: 1:07−cv−00084
                 Honorable Amy J. St. Eve

Alliedbarton Security Services, LLC, et al.

            Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, February 7, 2007:

  MINUTE entry before Judge Amy J. St. Eve :IT IS HEREBY ORDERED that all issues having been consolidated under 07 C 82, the above entitled action is hereby dismissed. All pleadings are to be filed only in 07 C 82. All counsel in the associated cases to be linked to the lead number case 07 C 82. Status hearing set for 2/15/2007 before Judge Pallmeyer is stricken. Civil case terminated. Mailed notice(tmh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.